**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
HUGO VILLAGOMEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUGO VILLAGOMEZ,<br><br>Defendants. | Case No.  1:22-MJ-00107 SKO<br><br>STIPULATION AND ORDER TO CONTINUE DETENTION |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

SHEILA K. OBERTO AND JUSTIN GILIO, ASSISTANT UNITED

STATES ATTORNEY:

**COMES NOW** Defendant, HUGO VILLAGOMEZ, by and through his attorney of record, DAVID A. TORRES hereby requests the detention hearing currently set for Friday, July 8, 2022, be continued to Monday, July 11, 2022, at 2:00 p.m.

On July 1, 2022, an Initial Appearance regarding Complaint was heard in in front of Honorable Sheila K. Oberto wherein Mr. Nicholas Reyes appeared on my behalf. A detention hearing was scheduled for Friday. July 8, 2022. I am currently out of the country and will return Saturday, July 9, 2022. Mr. Villagomez agrees to extend the five-day statutory period to allow counsel to return. In addition, Mr. Villagomez' family is compiling real property for consideration of release.

I have spoken to AUSA Justin Gilio and he has no objection to the continuance of the

1

detention hearing.

**IT IS SO STIPULATED.**

                                                               Respectfully Submitted,

DATED: July 7, 2022                                    */s/ David A Torres*
                                                                DAVID A. TORRES
                                                                Attorney for Defendant
                                                                HUGO VILLAGOMEZ

DATED: July 7, 2022                                    */s/ Justin Gilio*
                                                                JUSTIN GILIO
                                                               Assistant U.S. Attorney

## **ORDER**

**IT IS SO ORDERED** that the detention hearing currently schedule for Friday, July 8, 2022, be continued to Monday. July 11, 2022, at 2:00 p.m.

IT IS SO ORDERED.

Dated: **July 7, 2022**                                                      UNITED STATES MAGISTRATE JUDGE